# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     SALVATORE BRUNO

          Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
          Movant

CHAPTER 13

CASE NO: 5-16-03657-JJT

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on September 22, 2016, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case for the following reason(s):

1)    A Petition under Chapter 13 was filed on September 6, 2016.

2)    The Debtor has not filed the following items or a motion for extension of time to file same pursuant to F.R.B.P. 1007(c).

**CHAPTER 13 PLAN**
**B22C/MEANS TEST**

3)    If upon receipt of this Motion and the Notice, Debtors file the missing documents on or before the response date specified on said notice, the Motion shall be deemed withdrawn and moot.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case.

          Respectfully submitted,
          s/ Charles J. DeHart, III
          Standing Chapter 13 Trustee
          8125 Adams Drive, Suite A
          Hummelstown, PA 17036
          (717) 566-6097

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   SALVATORE BRUNO                        CHAPTER 13

                                                CASE NO: 5-16-03657-JJT

## NOTICE

The debtor(s) filed a Chapter13 Bankruptcy Petition on September 6, 2016.

The Standing Chapter 13 Trustee, Charles J. DeHart, III, has filed a Motion to Dismiss for failure to file the indicated document(s) below:

**CHAPTER 13 PLAN**
**B22C/MEANS TEST**

A hearing with the Court has been scheduled for:

          **Date:**      **October 18, 2016**
          **Time:**      **09:30 AM**
          **Location:**  **U.S. Bankruptcy Court**
                         **Max Rosenn U.S. Courthouse**
                         **Courtroom #2**
                         **197 S. Main Street**
                         **Wilkes Barre, PA**

Any objection/response to the Trustee's Motion to Dismiss must be filed and served on or before: **October 9, 2016**. If Debtor(s) file the missing documents on or before the stated response date, the Motion shall be deemed withdrawn and moot.

Additionally, if you file and serve an objection/response within the time period, a hearing will be held on the above date. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.

                                        Respectfully submitted,
                                        s/ Charles J. DeHart, III
                                        Standing Chapter 13 Trustee
                                        8125 Adams Drive, Suite A
                                        Hummelstown, PA  17036

Dated: September 22, 2016

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: SALVATORE BRUNO

Debtor(s)

CHAPTER 13

CASE NO: 5-16-03657-JJT

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Motion, Notice and Proposed Order by First Class Mail, unless served electronically, at the below address on September 22, 2016.

PRO SE
,

SALVATORE BRUNO
10 TRAIL RIDGE ROAD
ALBRIGHTSVILLE, PA 18210

Respectfully submitted,
s/ Vickie Williams
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Dated: September 22, 2016

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  SALVATORE BRUNO

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

vs.

SALVATORE BRUNO

    Respondent(s)

CHAPTER 13

CASE NO: 5-16-03657-JJT

MOTION TO DISMISS

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED.