```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                               Case No. 16-03657-JJT
Salvatore Bruno                                                      Chapter 13
      Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-5          User: AGarner             Page 1 of 1            Date Rcvd: Oct 07, 2016
                              Form ID: ntnew341         Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 09, 2016.
```
db              Salvatore Bruno,    10 Trail Ridge Road,    Albrightsville, PA  18210
4829765        +Bank of America, N.A.,    PO Box 15222,    Wilmington, DE 19886-5222
4829766       ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank USA,     PO Box 85015,    Richmond, VA 23285)
4829767        +CBNA,   201 N. Walnut Street,     Wilmington, DE 19801-2920
4837096         Capital One Bank (USA), N.A.,     PO Box 71083,    Charlotte, NC  28272-1083
4829768        +Chase Bank U.S.A N.A.,    PO Box 15077,    Wilmington, DE 19886-5077
4829769         Diversified,   LaSalle Plaza Branch,     600 LaSalle,    Minneapolis, MN 55402
4829770        +IC System Inc.,    PO Box 64738,    Saint Paul, MN 55164-0738
4829772        +MBank,   PO Box 391345,    Solon, OH 44139-8345
4829773        +Midland Funding LLC,    c/o Forster & Garbus LLP,     60 Motor Parkway,    PO Box 9030,
                 Commack, NY 11725-9030
4829774        +Penn Cerdit Corp.,    916 S 14th Street,    Harrisburg, PA 17104-3425
4831870        +Raymour & Flanigan,    Simon's Agency Inc,    PO Box 5026,    Syracuse, NY 13220-5026
4829777         Verizon Wireless Rec.,    One Alpahretta Place,     Alpharetta, GA 30004
4829778        +Visio Financial Services,    8180 East Kaiser Blvd.,     Anaheim, CA 92808-2277
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4833495         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 07 2016 19:30:45
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
4829771         E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 07 2016 19:15:35     Jefferson Capital SY,
                 16 McLeland Road,    Saint Cloud, MN 56303
4829775        +E-mail/Text: clientservices@simonsagency.com Oct 07 2016 19:15:44     Simons Agency Inc.,
                 3713 Brewerton Rd.,    Suite 1,    Syracuse, NY 13212-3843
4829776        +E-mail/Text: bankruptcydepartment@tsico.com Oct 07 2016 19:15:43     Transworld Systems,
                 PO Box 17205,    Wilmington, DS 19850-7205
                                                                                              TOTAL: 4

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2016                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 7, 2016 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    VFS Lending JV II, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 3
```

ntnew341 (12/14)

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Salvatore Bruno  Chapter      13
Debtor(s)
              Case No.    5:16−bk−03657−JJT

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| Genetti Hotel, 77 East Market Street, Wilkes−Barre, PA 18701 | Date: November 21, 2016 |
| --- | --- |
| | Time: 12:00 PM |

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes−Barre, PA 18701
(570) 831−2500

**For the Court:**
Clerk of the Bankruptcy Court:
Terrence S. Miller
By: AGarner

Hours Open: Monday – Friday 9:00 AM – 4:00 PM        Date: October 7, 2016