```
                       United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 16-03657-JJT
Salvatore Bruno                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: AGarner          Page 1 of 1          Date Rcvd: Oct 12, 2016
                              Form ID: ordsmiss      Total Noticed: 18

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2016.
db              Salvatore Bruno,    10 Trail Ridge Road,   Albrightsville, PA  18210
4829767        +CBNA,    201 N. Walnut Street,    Wilmington, DE 19801-2920
4829769         Diversified,    LaSalle Plaza Branch,    600 LaSalle,   Minneapolis, MN 55402
4829770        +IC System Inc.,    PO Box 64738,   Saint Paul, MN 55164-0738
4829772        +MBank,    PO Box 391345,   Solon, OH 44139-8345
4829773        +Midland Funding LLC,    c/o Forster & Garbus LLP,    60 Motor Parkway,   PO Box 9030,
                 Commack, NY 11725-9030
4829774        +Penn Cerdit Corp.,    916 S 14th Street,   Harrisburg, PA 17104-3425
4831870        +Raymour & Flanigan,    Simon's Agency Inc,   PO Box 5026,   Syracuse, NY 13220-5026
4829777         Verizon Wireless Rec.,    One Alpharetta Place,    Alpharetta, GA 30004
4829778        +Visio Financial Services,    8180 East Kaiser Blvd.,   Anaheim, CA 92808-2277

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4833495         EDI: AIS.COM Oct 12 2016 19:13:00      American InfoSource LP as agent for,
                 T Mobile/T-Mobile USA Inc,    PO Box 248848,   Oklahoma City, OK  73124-8848
4829765        +EDI: BANKAMER.COM Oct 12 2016 19:13:00      Bank of America, N.A.,   PO Box 15222,
                 Wilmington, DE 19886-5222
4829766         EDI: CAPITALONE.COM Oct 12 2016 19:13:00      Capital One Bank USA,   PO Box 85015,
                 Richmond, VA 23285
4837096         EDI: CAPITALONE.COM Oct 12 2016 19:13:00      Capital One Bank (USA), N.A.,   PO Box 71083,
                 Charlotte, NC  28272-1083
4829768        +EDI: CHASE.COM Oct 12 2016 19:13:00      Chase Bank U.S.A N.A.,   PO Box 15077,
                 Wilmington, DE 19886-5077
4829771         EDI: JEFFERSONCAP.COM Oct 12 2016 19:13:00      Jefferson Capital SY,   16 McLeland Road,
                 Saint Cloud, MN 56303
4829775        +E-mail/Text: clientservices@simonsagency.com Oct 12 2016 19:09:39      Simons Agency Inc.,
                 3713 Brewerton Rd.,   Suite 1,   Syracuse, NY 13212-3843
4829776        +E-mail/Text: bankruptcydepartment@tsico.com Oct 12 2016 19:09:38      Transworld Systems,
                 PO Box 17205,   Wilmington, DS 19850-7205
                                                                                              TOTAL: 8

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2016                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2016 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor   VFS Lending JV II, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 3
```

Order Dismissing(Form ordsmiss) (11/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Salvatore Bruno<br>**Debtor(s)** | Chapter 13<br>Case No. 5:16−bk−03657−JJT |

### Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above−named case of the debtor(s) be and is hereby dismissed.

Dated: October 12, 2016

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: AGarner, Deputy Clerk